IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

KOLTON CHASE WIGGINS,                    *

               Plaintiff,            *

v.                                         Case No.  1:26-CV-5 (LAG)

                                 *

FRANK SALERNO, et al.,                   *

               Defendants.           *

_____     *

**J U D G M E N T**

Pursuant to this Court's Order dated June 9, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 9th day of June, 2026.

                           David W. Bunt, Clerk

                           s/ Michelle Paschal, Deputy Clerk